UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                               Case No. 8:11−bk−02224−CED
                                                           Chapter 7

Brian T Bedford
1325 N.W. 20th Court
Cape Coral, FL 33993


Elizabeth Bedford
aka Elizabeth Thomas
1325 N.W. 20th Court
Cape Coral, FL 33993


      _____Debtor*_____/

ORDER ON MOTION FOR RELIEF FROM STAY

   THIS CASE came on for consideration, without a hearing, upon the Motion to Lift Stay ("Motion") filed by US Bank NA in the above−captioned case. The Court considered the record and finds that the case has been closed. Therefore, it appears that it is no longer appropriate for this Court to act on the Motion. Pursuant to Section 362(c)(2)(A) of the Bankruptcy Code the Court notes that the automatic stay terminates as of the time that a case is closed.

   **DONE** and **ORDERED** in Chambers at Tampa, Florida on May 17, 2011 .

_____
Caryl E. Delano
United States Bankruptcy Judge

   *All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.